ACCEPTED
03-15-00365-CV
6737256
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/1/2015 9:24:00 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00365-CV

IN THE

THIRD JUDICIAL DISTRICT COURT OF APPEALS

at AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/1/2015 9:24:00 AM
JEFFREY D. KYLE
Clerk

JAMES C. MOSSER and MOSSER LAW PLLC,
Appellants

v.

BOB MIMS,
Appellee

APPEALED FROM THE 340th JUDICIAL DISTRICT COURT
TOM GREEN COUNTY, TEXAS

## APPELLANTS' MOTION TO EXTEND TIME TO FILE ORIGINAL BRIEF

COMES NOW, Appellants, James C. Mosser, and Mosser Law PLLC, and files this their Motion to Extend Time to File Original Brief, and in support thereof would show the following:

### INTRODUCTION

1.      Appellants are James C. Mosser, and Mosser Law, PLLC.

2.      Appellee is Bob Mims.

3.      There is no specific deadline to file this motion to extend time. *See* TEX. R. APP. P. 38.6(d).

APPELLANTS' MOTION TO EXTEND TIME                    Page 1 of  6

## ARGUMENT & AUTHORITIES

4. The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

5. Appellants' Brief is Due on September 8, 2015.

6. Appellants' request an additional thirty days to file their brief, extending the time until Thursday, October 8, 2015.

7. No extension has been granted to extend the time to file the Appellants' Brief.

8. Appellants filed a request to supplement the Clerk's Record with the District Clerk of Tom Green County on August 31, 2015. A copy of that request is attached to this motion as "Exhibit A" and is incorporated *in haec verba.*

9. Appellants need additional time to file its brief because the requested Supplement to the Record is essential to the arguments that Appellants intend to make in their brief.

10. Supplementation of the Record is permitted when relevant items have been omitted from the clerk's record. *See* TEX. R. CIV. P. 34.5(c)(1). Any supplemental clerk's record will be part of the appellate record. TEX. R. CIV. P. 34.5(c)(3).

11. In reviewing the documents included in the Clerk's Record, Counsel for Appellants realized that additional documents in the record would be necessary to provide this Court with the most accurate record and to more fully support the Appellants' Arguments.

12. Appellants understand that this request to supplement is made one week before the brief would otherwise have been due. However, an appellate court must not refuse to file a supplemental clerk's record because of a failure to timely request items to be included in the clerk's record. TEX. R. CIV. P. 34.5(b)(4).

13. Thus, appellants request the additional time to review the supplemental record and to incorporate the relevant portions of the this supplemental record into their brief.

## CONCLUSION

14. The Appellants request for a Supplemental Clerk's Record indicates a good faith belief that the Supplemental Record is necessary to the record put before this court, such that Appellants require additional time to review the record and to incorporate facts contained in the record into their brief.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellants ask the Court to

grant an extension of time to file their brief until Thursday, October 8, 2015.

Respectfully Submitted, MOSSER LAW PLLC


/s/ Paul J. Downey
James C. Mosser
Texas Bar No. 00789784
Nicholas D. Mosser
Texas Bar No. 24075405
Paul J. Downey
Texas Bar No. 24080659
2805 Dallas Parkway, Suite 220
Plano, Texas 75093
Tel. (972) 733-3223
Fax. (469) 626-1073
courtdocuments@mosserlaw.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with Larry W. Bale, Counsel for
Appellee, by telephone on August 31, 2015 in accordance with TEX. R.
CIV. P. 10.5(a)(5), and he is opposed to this motion.

/s/ Paul J. Downey
Paul J. Downey.

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2015, I served a copy of Appellants' Motion to Extend Time to File Original Brief on the party listed below by electronic service and that the electronic transmission was reported as complete. My email address is courtdocuments@mosserlaw.com

/s/ Paul J. Downey
Paul J. Downey

**Appellee**
Bob Mims, represented by
Hay, Wittenburg, Davis, Caldwell & Bale, LLP
Larry W. Bale
Texas Bar No. 01629830
P.O. Box 271
San Angelo, Texas 76092
Tel. (325) 658-2728
lwb@hwdcb.com

**EXHIBIT A: APPELLANT'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD**

# MOSSER LAW PLLC

## LAWYERS

2805 DALLAS PARKWAY, SUITE 222 • PLANO, TEXAS 75093 • 972-733-3223 • FAX: 469-626-1073
MOSSERLAW.COM

August 31, 2015

**VIA FACSIMILE at 325-658-8046**
Ms. Sherri Woodson, District Clerk
Tom Green County
340th District Court
112 West Beauregard
San Angelo, Texas 76903
Telephone: (325) 659-6579

**RE:** **Request for Supplemental Clerk's Record: Cause No. C 130102 C,**
*Ben Melton v. CU Member's Mortgage, a division of Colonial
Savings, F.A., First Western Title., and Bob Mims;* **Clerk's
Record for Appellate Cause No. 03-15-00365-CV**

To Whom It May Concern:

Please prepare a Supplemental Clerk's Record for the above-styled case and file it with the Third Court of Appeals in Austin. Please include in said record the following items:

| 42 | Reply to Plaintiff's Response to Bob Mims' Motion for Summary Judgment | Filed 01/10/2014 |
|----|----|----|
| 43 | Defendant Mims' Objections to Plaintiff's Summary Judgment Evidence | Filed 01/10/2014 |
| 44 | Bob Mims' First Supplemental Objection to Plaintiff's Summary Judgment Evidence | Filed 01/10/2014 |
| 45 | Plaintiff's Response to Objections to Tracy Smith Law's Affidavit | Filed 01/23/2014 |
| 46 | Order Overruling Bob Mims' Special Exceptions to Plaintiff's Third Amended Petition | Filed 04/29/2014 |
| 47 | Order Overruling Bob Mims' Special Exceptions to Plaintiff's Third Amended Petition | Filed 05/20/2014 |
| 48 | Order Granting Summary Judgment | Filed 05/21/2014 |

| 49 | Order on Bob Mims' Objections to Plaintiff's Summary Judgment Evidence | Filed 05/21/2014 |
| 50 | Plaintiff's Motion to Correct Filing Date, or in the Alternative, Leave to File | Filed 06/30/2014 |
| 51 | Reply to Bob Mims' Response to Ben Melton's Motion to Correct Filing Date, or in the Alternative for Leave to File | Filed 01/21/2015 |
| 52 | Findings of Fact and Conclusions of Law on Bob Mims' First Amended Motion for Sanctions | Filed 04/30/2015 |

Respectfully, *MOSSER LAW PLLC LAWYERS*

/s/ Paul J. Downey
by: Paul J. Downey
courtdocuments@mosserlaw.com

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 3256588046 | 08-31 17:09 | 00:00:37 | 002/002 | OK | |

Note   TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
IPADR:IP Address Fax, I-FAX:Internet Fax

Result   OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over,
POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

# MOSSER LAW PLLC

### LAWYERS

2805 DALLAS PARKWAY, SUITE 222 • PLANO, TEXAS 75093 • 972-733-3223 • FAX: 469-626-1073
MOSSERLAW.COM

August 31, 2015

**VIA FACSIMILE at 325-658-8046**
Ms. Sherri Woodson, District Clerk
Tom Green County
340th District Court
112 West Beauregard
San Angelo, Texas 76903
Telephone: (325) 659-6579

RE:   **Request for Supplemental Clerk's Record: Cause No. C 130102 C,**
**Ben Melton v. CU Member's Mortgage, a division of Colonial**
**Savings, F.A., First Western Title., and Bob Mims; Clerk's**
**Record for Appellate Cause No. 03-15-00365-CV**

To Whom It May Concern:

Please prepare a Supplemental Clerk's Record for the above-styled case and file it with
the Third  Court of Appeals in Austin. Please include in said record the following items:

| | | |
|---|---|---|
| 42 | Reply to Plaintiff's Response to Bob Mims' Motion for Summary Judgment | Filed 01/10/2014 |
| 43 | Defendant Mims' Objections to Plaintiff's Summary Judgment Evidence | Filed 01/10/2014 |
| 44 | Bob Mims' First Supplemental Objection to Plaintiff's Summary Judgment Evidence | Filed 01/10/2014 |
| 45 | Plaintiff's Response to Objections to Tracy Smith Law's Affidavit | Filed 01/23/2014 |
| 46 | Order Overruling Bob Mims' Special Exceptions to Plaintiff's Third Amended Petition | Filed 04/29/2014 |
| 47 | Order Overruling Bob Mims' Special Exceptions to Plaintiff's Third Amended Petition | Filed 05/20/2014 |
| 48 | Order Granting Summary Judgment | Filed 05/21/2014 |